IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAUDIA CLAGG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 18-cv-87-CVE-FHM |
| v. | ) |
| | ) |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, | ) |
| a Foreign For Profit Business Corporation, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** Claudia Clagg, along with Defendant Sam's East, Inc., by and through their respective counsel of record, to jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).   All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same.   Each party will bear his /her /its own costs related to this matter.  As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**DUNLAP BENNETT & LUDWIG**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
6660 South Sheridan Road, Suite 250
Tulsa, Oklahoma 74133
(918) 998-9350 – Telephone
(918) 998-9360 – Facsimile
dkeesling@dbllawyers.com
tkittle@dbllawyers.com
*Attorneys for Plaintiff:*
*Claudia Clagg*

\*/s/ Steven A. Broussard
*(\*Signed with consent of Counsel for Defendants)*
Steven A. Broussard, OBA No. 12582
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3703
(918) 594-0400 – Telephone
(918) 594-0505 – Facsimile
sbroussard@hallestill.com
*Attorneys for Defendant:*
*Sam's East, Inc. d/b/a Sam's Club*

Page **2** of **2**